UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN)

### NON-U.S. NATIONAL PLAINTIFF MANU DHINGRA'S NOTICE OF MOTION FOR FINAL JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL JUDGMENT FOR DAMAGES AGAINST THE ISLAMIC REPUBLIC OF IRAN

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declarations of Jerry S. Goldman, Esq. ("Goldman Declaration"), with the exhibits attached thereto, and the exhibit submitted with access restricted to the Court pursuant to the May 5, 2022 Order, ECF No. 7963, pertaining to expert reports submitted in support of default judgments, non-U.S. National Plaintiff Manu Dhingra, who is identified in Exhibit A (the "Personal Injury Plaintiff") to the Goldman Declaration, by and through their counsel, Anderson Kill P.C., respectfully moves this Court for an ORDER:

(1) clarifying that the cause of action for survival in Amended Complaint, *Burnett v. Islamic Republic of Iran*, No. 15-CV-9903 (GBD) (SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53 (individual case docket),[1] as adopted in the short-form complaint in *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN) ("*King*"), ECF No. 1 (individual case docket), is a cause of action for both assault and battery upon which the Personal Injury Plaintiff may move for a damages judgment; AND,

---

[1] All ECF numbers are to the MDL docket unless stated otherwise.

(2) determining that service of process in *King* was properly effected upon Defendant Islamic Republic of Iran ("Iran") in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; AND,

(3) finding that the Court has subject-matter jurisdiction over the common law claims of the Personal Injury Plaintiff pursuant to 28 U.S.C. § 1605B; AND,

(4) determining that this Court has subject-matter jurisdiction over Iran under the common law for actions arising out of assault and battery based on the intentional acts of international terrorism perpetrated on September 11, 2001 that intentionally targeted innocent civilians resulting in personal injury; AND

(5) entering judgments as to liability for the Personal Injury Plaintiff for his common law claims; AND,

(6) awarding a compensatory damages judgment to the Personal Injury Plaintiff against Iran for assault and battery commensurate with the injuries sustained during the September 11, 2001 terrorist attacks, in accordance with prior precedent in the U.S. District Court for the District of Columbia in similar cases (and factoring in an upward departure on damages values based on the indelible impact of the September 11, 2001 terrorist attacks); AND,

(7) awarding the Personal Injury Plaintiff identified in Exhibit A, an award of economic damages in the amount set forth in Exhibit A; AND,

(8) awarding the Personal Injury Plaintiff prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment for damages; AND,

(9) granting the Personal Injury Plaintiff permission to seek punitive damages, economic damages, and other appropriate damages, at a later date; AND,

(10) granting permission for all other Plaintiffs in these litigations not appearing in Exhibit A to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed; AND,

(11) granting to the Personal Injury Plaintiff such other and further relief as this honorable court deems just and proper.

Dated: New York, New York
June 23, 2023

Respectfully submitted,

/s/ Jerry S. Goldman
ANDERSON KILL P.C.
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 279-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
bstrong@andersonkill.com
agreene@andersonkill.com
*Attorneys for Plaintiffs*