UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*O'Neill v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, 1:22-cv-05193 (GBD)(SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, 1:22-cv-10823 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *O'Neill*, *Bernaerts*, and *King* Plaintiffs' motion is granted, and the individuals included in Exhibit A are to be substituted into the *O'Neill*, *Bernaerts*, and *King* cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9288.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

docs-100409740.1

## EXHIBIT A to Motion to Substitute Parties

|   | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug | 1:04-cv-01076 (GBD)(SN); 1:22-cv-10823 (GBD)(SN) | Lauren Paula Mayer-Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug | CA | Carolyn Beug |

| | | | | | |
|---|---|---|---|---|---|
| 2. | John Doe 115, being intended to designate the Personal Representative of the Estate of Veronique N. Bowers, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers | 1:04-cv-01076 (GBD) (SN) | Dior P. Gordon, as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers | SC | Veronique N. Bowers |
| 3. | John Doe 110, being intended to designate the Personal Representative of the Estate of Vernon P. Cherry, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of | 1:04-cv-01076 (GBD) (SN) | Selena Cherry-Daniel, as the Personal Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry | | Vernon P. Cherry |

| | | | | | |
|---|---|---|---|---|---|
| | Vernon P. Cherry | | | | |
| 4. | William Cintron-Lugos a/k/a William Cintron, as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron | 1:04-cv-01076 (GBD) (SN) | Stephen P. Heuston, Esq., as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron | | Edna Cintron |
| 5. | Alfonso Cisneros, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros | 1:04-cv-01076 (GBD) (SN); 1:22-cv-05193 (GBD)(SN) | Lidia P. Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros | | Juan Pablo Alvarez Cisneros |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 6. | John Doe 127 being intended to designate the Personal Representative of the Estate of Dennis J. Gomes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes | 1:04-cv-01076 (GBD)(SN); 1:22-cv-05193 (GBD)(SN) | Cynthia Gomes, as the Personal Representative of the Estate of Dennis J. Gomes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes |  | Dennis J. Gomes |
| 7. | John Doe 124, as Personal Representative of the Estate of William Bright, the late parent of Gary L. Bright | 1:04-cv-01076 (GBD)(SN) | Jennifer Love, as Personal Representative of the Estate of William Bright, the late parent of Gary L. Bright | IN | Gary L. Bright |

| 8. | John Doe 32, being intended to designate the Personal Representative of the Estate of Charles G. John, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John | 1:04-cv-01076 (GBD)(SN) | Peggy H. Taylor, as the Personal Representative of the Estate of Charles G. John, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John | NY | Charles G. John |
|---|---|---|---|---|---|
| 8. | John Doe 119 as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of sibling of Dean E. Mattson | 1:04-cv-01076 (GBD)(SN) | Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of sibling of Dean E. Mattson | | Dean E. Mattson |
| 9. | John Doe 123, as Personal Representative of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | 1:04-cv-01076 (GBD)(SN) | Robert Lawson, as Personal Representative of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | | Cecelia E. Richard |
| 10. | John Doe 113, being intended to designate as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, said name being fictitious, her/his true name is not presently | 1:04-cv-01076 (GBD)(SN) | Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and | | Mayra V. Rodriguez |

| | | | | | |
|---|---|---|---|---|---|
| | known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez | | family members of Mayra V. Rodriguez | | |
| 11. | John Doe 71, being intended to designate as the Personal Representative of the Estate of Stephen Philip Morris, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris | 1:04-cv-01076 (GBD) (SN) | Katherine Collier and Andrew Morris, as the co-Personal Representatives of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris | | Stephen Philip Morris |

7

| | | | | | |
|---|---|---|---|---|---|
| 12. | John Doe 81, being intended to designate the Personal Representative of the Estate of Derek O. Sword, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword | 1:04-cv-01076 (GBD) (SN) | Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword | NY | Derek O. Sword |
| 13. | Joanne Hrycak, individually, as surviving spouse of Marian R. Hrycak | 1:04-cv-01076 (GBD) (SN) | Gregory Hrycak, as Personal Representative of the Estate of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak | | Marian R. Hrycak |
| 14. | Joanne Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak | 1:04-cv-01076 (GBD) (SN) | Gregory Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak | | Marian R. Hrycak |

docs-100409740.1

| 15. | Anne McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | 1:04-cv-01076 (GBD) (SN) | Noah McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | | Katie M. McCloskey |