UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

------------------------------------x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

The July 10, 2024 oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss (ECF No. 9362[1]) and Defendant Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is adjourned to July 31, 2024 at 9:45 a.m.

Plaintiffs' request for a case management conference regarding sealing issues in anticipation of oral argument (*see* ECF No. 9901) is referred to Magistrate Judge Netburn.

Dated: June 26, 2024
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).