UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'Neill et al.

V.

Republic of the Sudan et al

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/19

**CERTIFICATE OF MAILING**

Case No.: ___18-cv-12114___ ( GBD)(SN)

I hereby certify under the penalties of perjury that on the ___26___ day of ___June___, 2019___,

I served:_____ Minister of Foreign Affairs, Ministry of Foreign Affairs at P.O BOX 873,

Gamma Street, Khartoum, Sudan

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒  the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___2___ copy(ies) of the _____ Summons, Complaint deemed filed on December 21,2019, Civil
Cover Sheet, Notice of Suit, Affidavit of translator(along with translations of the above documents)

by ___Fedex Tracking # 8025 2576 2904___ .

Dated:  New York, New York
06/26/2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx**
Express

**NEW Package**
**US Airbill**

| | FedEx Tracking Number | 8025 2576 2904 |

**1 From** Please print and press hard.

Date 6.24.19    Sender's FedEx Account Number 6283-5404-9

Sender's Name Ruby J. Krajick Clerk of Court    Phone

Company Southern District of New York

Address 500 Pearl Street

City New York    State NY    ZIP 10007

**2 Your Internal Billing Reference** 101147-JP001

**3 To**
Recipient's Name Secy of State, Attn.: Director of Consular Ser.

Company Office of Policy Review & Inter-Agency (CA/OSC/PRI)

Address U.S. Dept. of State

SA-29, 4th Floor
2201 C Street NW

City Washington DC    State DC    ZIP 20520

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**    Packages up to 150 lbs.

Form ID No. 0200

□ FedEx First Overnight
□ FedEx Priority Overnight
□ FedEx Standard Overnight
□ FedEx 2Day A.M.
□ FedEx 2Day
□ FedEx Express Saver

**5 Packaging**
□ FedEx Envelope    □ FedEx Pak    □ FedEx Box    □ FedEx Tube    □ Other

**6 Special Handling and Delivery Signature Options**
□ SATURDAY Delivery

**Does this shipment contain dangerous goods?**
□ No    □ Yes    □ Dry Ice    □ Cargo Aircraft Only

**7 Payment** Bill to:
□ Sender    □ Recipient    □ Third Party    □ Credit Card    □ Cash/Check

Total Packages    Total Weight    Total Declared Value