| # | Personal Representative ||||  Claimant |||||  9/11 Decedent ||||||  Claim Information ||| Solatium Damages ||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 |  |  |  |  | Debra |  | Andreacchio |  | US | John |  | Andreacchio |  | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | MDL ECF No. 10842 | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 2 | Pamela |  | Bittner-Conley |  | Donald |  | Bittner |  | US | Jeffrey |  | Bittner |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | MDL ECF No. 10863 (granted at 10867) | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A |  |
| 3 |  |  |  |  | Pamela |  | Bittner-Conley |  | US | Jeffrey |  | Bittner |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 4 |  |  |  |  | Devonte |  | Carter |  | US | Marcia |  | Cecil-Carter |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 5 | Devonte |  | Carter |  | Andre |  | Carter |  | US | Marcia |  | Cecil-Carter |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A |  |
| 6 |  |  |  |  | Sunny |  | Chiang |  | US | Alexander |  | Chiang |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 7 |  |  |  |  | Jacqueline |  | Beard-Edwards |  | US | Michael |  | Edwards |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 8 |  |  |  |  | Howard |  | Gelling | Sr. | US | Howard |  | Gelling |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | MDL ECF No. 10841 | Parent | N/A | N/A | $8,500,000.00 | N/A |  |
| 9 |  |  |  |  | William |  | Gelling |  | US | Howard |  | Gelling |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 |  | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 10 |  |  |  |  | Deborah |  | Mulford |  | US | Howard |  | Gelling |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 |  | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 11 |  |  |  |  | Christine |  | O'Reilly |  | US | Howard |  | Gelling |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 12 |  |  |  |  | Thomas |  | Kelly |  | US | Maurice |  | Kelly |  | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 13 |  |  |  |  | Catalina |  | Louie |  | US | Chet |  | Louie |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 14 |  |  |  |  | Cassandra |  | Louie |  | US | Chet |  | Louie |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 15 |  |  |  |  | Ken | Yazawa | Reibman |  | US | Chet |  | Louie |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 16 |  |  |  |  | Mary Lou |  | Moss |  | US | Brian |  | Moss |  | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 17 |  |  |  |  | Connor |  | Moss |  | US | Brian |  | Moss |  | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 18 |  |  |  |  | Ashten |  | Moss |  | US | Brian |  | Moss |  | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 19 |  |  |  |  | Catherine |  | Lyn-Shue |  | US | Francisco |  | Munoz |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 20 |  |  |  |  | Christopher |  | Pohlmann |  | US | William | H. | Pohlmann |  | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | MDL ECF No. 10840 | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 21 |  |  |  |  | Darren |  | Pohlmann |  | US | William | H. | Pohlmann |  | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | MDL ECF No. 10840 | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 22 |  |  |  |  | Jayme |  | Salinardi |  | US | Richard |  | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 23 |  |  |  |  | Grace |  | Salinardi |  | US | Richard |  | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Parent | N/A | N/A | $8,500,000.00 | N/A |  |
| 24 |  |  |  |  | Jason |  | Salinardi |  | US | Richard |  | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 25 | Anthony |  | Stewart |  | Dorothy |  | Belcher |  | US | Chapelle |  | Sarker |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | MDL ECF No. 10865 (granted at 10869) | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A |  |
| 26 |  |  |  |  | Anthony |  | Stewart |  | US | Chapelle |  | Sarker |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 |  | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 27 |  |  |  |  | Michael |  | Slavin |  | US | Vincent |  | Slavin |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 28 |  |  |  |  | Mary Jo |  | Slavin |  | US | Vincent |  | Slavin |  | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |