# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212-278-1000 / www.andersonkill.com

Jerry Goldman
jgoldman@andersonkill.com
212-278-1569

<u>Via ECF</u>  June 3, 2025

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD) (SN); *Morris v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN); *Rowenhorst v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN); *King v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN) – ECF No. 10997

Dear Judge Daniels:

We write further regarding the judgment entered by the Court on May 30, 2025 in the above-referenced actions, which denied without prejudice the motions for supplemental economic damages for the Estates of (1) Ronald J. Ruben, (2) Michael Russo, and (3) Ayleen J. Santiago. *See* ECF No. 10997, at 4 n.4.

We have submitted a motion to substitute to address what the Court noted was the bases for its denial without prejudice of these claims, which is pending at ECF No. 11001.

Accordingly, undersigned counsel respectfully requests that the Court enter a supplemental damages judgment for the aforementioned estates and encloses herewith a proposed order and exhibit.

We thank this Court for its consideration of this request.

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Enclosure
Cc (via ECF):  Magistrate Judge Sarah Netburn
All MDL Counsel of Record

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100791269.1